No. 977, Misc. WILKES *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied. *H. O. Pemberton* for respondent.

No. 1036, Misc. SNYDER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 1052, Misc. SUCCOP *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1055, Misc. HOLLIS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1056, Misc. SIPLINGER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1058, Misc. CAMP *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 1063, Misc. WEAVER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *John A. Shorter, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Edward Fenig* for the United States.

No. 1087, Misc. WILLIAMS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Louis P. Yangas* for petitioner.

No. 1066, Misc. LONG ET AL. *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied. *John F. McAuliffe* and *Robert C. Heeney* for petitioners.